# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 22, 2020**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bordelon, Tyler A. | Docket No. | 2:19CR00215-TOR-10 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyler A Bordelon, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 23rd day of December 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Tyler A. Bordelon is alleged to have tested positive for the presence of marijuana after submitting to drug testing with the Washington State Department of Corrections on April 6, 2020.

On December 26, 2020, the conditions of pretrial release supervision were reviewed with Mr. Bordelon. He acknowledged an understanding of the conditions, which included standard condition number 9.

On April 15, 2020, Mr. Bordelon's assigned community corrections officer (CCO) with the Washington State Department of Corrections (DOC) contacted the undersigned officer. The CCO advised Mr. Bordelon underwent drug testing on April 6, 2020, which tested positive for a small amount of marijuana. Subsequently, the CCO provided the aforementioned test results to the undersigned officer, which confirmed Mr. Bordelon's drug test collected on April 6, 2020, tested positive for the presence of marijuana.

According to the CCO, Mr. Bordelon reportedly denied using marijuana. In addition, the CCO advised that she would not be pursuing a violation of his DOC supervision, as there was only a small amount of marijuana detected.

On April 15, 2020, the undersigned officer confronted Mr. Bordelon about his use of marijuana. Mr. Bordelon adamantly denied using marijuana.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

---

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    April 22, 2020 |
| | by | s/Erik Carlson |
| | | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Bordelon, Tyler A.**
**April 22, 2020**
**Page 2**

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

April 22, 2020
_____
Date