# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bordelon, Tyler A. | Docket No. | 2:19CR00215-TOR-10 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyler A Bordelon, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 23rd day of December 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:**  Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Tyler A. Bordelon is alleged to have ingested heroin on or about May 6, 2020.

On December 26, 2020, the conditions of pretrial release supervision were reviewed with Mr. Bordelon.  He acknowledged an understanding of the conditions, which included standard condition number 9.

On May 15, 2020, Mr. Bordelon's supervising community corrections officer (CCO) with the Washington State Department of Corrections contacted this officer through email. The CCO advised Mr. Bordelon was tested for the use of illegal controlled substances on May 8, 2020, and provided the undersigned officer with laboratory results from that test.  According to the laboratory test results, Mr. Bordelon tested positive for the presence of amphetamine, methamphetamine, morphine and codeine on May 8, 2020.

On May 20, 2020, the undersigned officer confronted Mr. Bordelon about his use of illegal controlled substances.  Mr. Bordelon admitted he ingested heroin on or about May 6, 2020.   He denied knowingly using methamphetamine.

**Violation #2:**  Tyler A. Bordelon allegedly failed to report for random drug testing on May 12, 2020.

On December 26, 2020, the conditions of pretrial release supervision were reviewed with Mr. Bordelon.  He acknowledged an understanding of the conditions, which included additional condition number 27.

On April 20, 2020, Mr. Bordelon was referred to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Bordelon was instructed to contact PHS on a daily basis to verify if he needed to submit to random drug testing.  The undersigned officer advised the drug testing hours at PHS were from 7 a.m. to 5:30 p.m.

PS-8
**Re: Bordelon, Tyler A.**
**May 21, 2020**
**Page 2**

On May 12, 2020, Mr. Bordelon failed to provide a urine sample for the purpose of drug testing at Pioneer Human Services.

On May 12, 2020, at 5:49 p.m., Mr. Bordelon contacted the undersigned officer. He stated he was at PHS to provide a UA, but the staff would not allow him to enter the building. The undersigned officer reminded Mr. Bordelon of the hours of operation for drug testing at PHS.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 21, 2020

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

May 22, 2020
Date