PROB 12C
(6/16)

Report Date:  January 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 14, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler A. Bordelon  Case Number: 0980 2:19CR00215-TOR-10

Address of Offender: 12012 East Midway Road, Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 30, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 5 days;<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: September 30, 2020 | |
| Defense Attorney: | John H. Loeffler | Date Supervision Expires: September 29, 2025 | |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1            **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 3, 2020, it is alleged that Tyler Bordelon violated special condition number 6 by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On December 4, 2020, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on December 3, 2020, when his assigned color was identified for testing.

Prob12C
**Re: Bordelon, Tyler A**
**January 14, 2021**
**Page 2**

2        **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  On December 4, 2020, it is alleged that Tyler Bordelon violated special condition number 6 by failing to provide a valid sample when he was subject to random urinalysis testing at Pioneer Human Services (PHS), thus being considered to have "stalled."

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On December 4, 2020, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on December 3, 2020, when his assigned color was identified for phase urinalysis testing.  The undersigned officer subsequently contacted Mr. Bordelon, who claimed that he "forgot to call" the phase urinalysis hotline the day prior; he did although offer to submit to testing on that date, December 4, 2020, and the offender was then instructed to report to PHS for random urinalysis.

At the close of business on December 4, 2020, this officer received a text message from the offender stating that he "didn't know someone was going to be watching n I have to like mentally prepare."

On December 7, 2020, this officer received notification from PHS that the offender failed to provide a valid urine sample, and thus was considered to have "stalled."

3        **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  On December 29, 2020, it is alleged that Tyler Bordelon violated special condition number 6 by failing to provide a valid sample when he was subject to phase urinalysis testing at Pioneer Human Services (PHS), thus considered to having "stalled."

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outline in the judgment and sentence.  He signed a copy acknowledging the requirements.

On December 30, 2020, this officer received notification from PHS that the offender failed to provide a valid urine sample, and thus was considered to have "stalled."

4        **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Bordelon, Tyler A**
**January 14, 2021**
**Page 3**

**Supporting Evidence**: On January 8, 2021, it is alleged that Tyler Bordelon violated special condition number 6 by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On January 11, 2021, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on January 8, 2021, when his assigned color was identified for testing.

5       **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 12, 2021, it is alleged that Tyler Bordelon violated special condition number 6 by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On January 13, 2021, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on January 12, 2021, when his assigned color was identified for testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/14/2021

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

**Prob12C**
**Re: Bordelon, Tyler A**
**January 14, 2021**
**Page 4**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

 

 

_____
Thomas O. Rice
United States District Judge

   January 14, 2021
_____
Date