PROB 12C
(6/16)

Report Date: February 26, 2021

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2021

SEAN F. McAVOY, CLERK

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyler A. Bordelon | Case Number: 0980 2:19CR00215-TOR-10 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 30, 2020 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: Prison - 5 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: September 30, 2020 |
| Defense Attorney: Molly Marie Winston | Date Supervision Expires: September 29, 2025 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/14/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 26, 2021, it is alleged that Tyler Bordelon violated special condition number 6 by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.<br><br>On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On January 27, 2021, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on January 26, 2021, when his assigned color was identified for testing. |
| 7 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by |

a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Between November 2020, and January 2021, it is alleged that Tyler Bordelon violated special condition number 5 by failing to engage in substance abuse treatment with Spokane Addiction Recovery Centers (SPARC) as required.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On February 25, 2021, this officer received the offender's monthly treatment reports from SPARC for November 2020, December 2020 and January 2021. According to the information received, Mr. Bordelon was considered non-compliant for all three months due to unexcused absences.

8    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 24, 2021, it is alleged that Tyler Bordelon violated special condition number 6 by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On February 25, 2021, this officer received notification from PHS that the offender reported for phase urinalysis testing on February 24, 2021, when his assigned color was identified for testing. According to PHS, Mr. Bordelon failed to provide a valid urine sample on that date, and thus was considered to have "stalled."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/26/2021

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [ ] | The Issuance of a Warrant |
| [ ] | The Issuance of a Summons |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [X] | Defendant to appear before the Judge assigned to the case. |
| [ ] | Defendant to appear before the Magistrate Judge. |
| [ ] | Other |

Thomas O. Rice  
United States District Judge  
Officer  
February 26, 2021

Date