PROB 12C
(6/16)

Report Date:  March 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 04, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler A. Bordelon          Case Number: 0980 2:19CR00215-TOR-10

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: September 30, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: September 29, 2025 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/14/2021 and 02/26/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 11, 2021, it is alleged, Tyler Bordelon violated special condition number 6 by submitting a sweat patch that was subsequently confirmed to be positive for amphetamine and methamphetamine.<br><br>On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.<br><br>On February 4, 2021, Mr. Bordelon appeared before Magistrate Judge Rodgers for an initial appearance.  As a result of that hearing, the Court ordered the offender be subject to both sweat patch and urinalysis testing. |

Prob12C
**Re: Bordelon, Tyler A.**
**March 3, 2021**
**Page 2**

Per the order of the Court, on February 4, 2021, a sweat patch was applied to the offender.

On February 11, 2021, that sweat patch was collected by the undersigned officer and sent to a laboratory for testing.

On March 2, 2021, this officer received notification from the laboratory that the sweat patch, originally applied to Mr. Bordelon on February 4, 2021, and subsequently collected for testing on February 11, 2021, was in fact positive for amphetamine and methamphetamine.

On March 3, 2021, the undersigned spoke with Tyler Bordelon about the laboratory results. The offender subsequently admitted he has been using methamphetamine throughout his term of supervision.

10      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 2, 2021, it is alleged, Tyler Bordelon violated special condition number 6 by failing to submit to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On March 3, 2021, this officer received notification from PHS that the offender reported for phase urinalysis testing on March 2, 2021, when his assigned color was identified for testing. According to PHS, Mr. Bordelon failed to provide a valid urine sample on that date, and thus was considered to have "stalled."

11      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 18, 2021, it is alleged Tyler Bordelon violated special condition number 6 by submitting a sweat patch that was subsequently confirmed to be positive for amphetamine and methamphetamine.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

Per the order of the Court, on February 11, 2021, a sweat patch was applied to the offender.

On February 18, 2021, that sweat patch was collected by the undersigned officer and sent to a laboratory for testing.

Prob12C
**Re: Bordelon, Tyler A.**
**March 3, 2021**
**Page 3**

On March 3, 2021, this officer received notification from the laboratory that the sweat patch, originally applied to Mr. Bordelon on February 11, 2021, and subsequently collected for testing on February 18, 2021, was in fact positive for amphetamine, methamphetamine and opiates.

On March 3, 2021, the undersigned spoke with Tyler Bordelon about the laboratory results. The offender subsequently admitted he has been using methamphetamine throughout his term of supervision.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2021

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[  ] No Action
[  ] The Issuance of a Warrant
[  ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[  ] Defendant to appear before the Magistrate Judge.
[  ] Other

Thomas O. Rice
United States District Judge

March 4, 2021

Date