PROB 12C
(6/16)

Report Date:  June 9, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler A. Bordelon                    Case Number: 0980 2:19CR00215-TOR-10

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: September 30, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: September 29, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/14/2021, 02/26/2021, 03/04/2021, and 03/18/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Special Condition #5**:  You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On May 24, 2021, it is alleged that Tyler Bordelon violated special condition number 5, by being unsuccessfully discharged from treatment with Royal Life Centers.

On October 1, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On May 26, 2021, the undersigned officer received a treatment discharge summary from Royal Life Centers, stating that Mr. Bordelon was discharged from treatment on May 24, 2021, against medical advice.

Prob12C
**Re: Bordelon, Tyler A.**
**June 9, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 9, 2021
_____

s/Amber M.K. Andrade
_____

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Thomas O. Rice
United States District Judge

June 10, 2021
_____
Date