PROB 12C
(6/16)

Report Date: May 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler A. Bordelon                     Case Number: 0980 2:19CR00215-TOR-10

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 24, 2021) | Prison - 6 months<br>TSR - 54 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: December 13, 2021 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: June 12, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On December 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about February 9, 2022, it is alleged that Tyler Bordelon violated special condition number 3 by consuming fentanyl.<br><br>On February 9, 2022, the offender was subject to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing. Because Mr. Bordelon is known to use fentanyl, PHS forwarded the urine sample to the laboratory so that it could be tested for fentanyl. |

Prob12C
Re: Bordelon, Tyler A.
May 18, 2022
Page 2

On February 17, 2022, this officer received notification from the laboratory that the urine sample provided by the offender on February 9, 2022, was in fact positive for fentanyl and norfentanyl.

2   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 13, 2022, it is alleged that Tyler Bordelon admitted to consuming methadone that was prescribed to his brother, and subsequently overdosed.

On April 13, 2022, after multiple attempts to contact the offender were unsuccessful, this officer was eventually able to speak with Mr. Bordelon. During that conversation, the offender admitted that he had missed his methadone appointment the week prior, and thus consumed methadone that he had received from his brother. According to Mr. Bordelon, he subsequently overdosed and his brother "had to narcan (him)."

As a result of the unauthorized methadone use, the offender was enrolled in the phase urinalysis program with PHS effective the next day, April 14, 2022.

3   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 14, 2022, it is alleged that Tyler Bordelon failed to report for phase urinalysis testing when his assigned color was identified for testing.

On April 15, 2022, the offender contacted the undersigned officer and advised that he failed to report for phase urinalysis testing at PHS the day prior, on April 14, 2022. Mr. Bordelon did not offer an explanation for his failure to report for testing as required, and was subsequently instructed to report to the U.S. Probation Office (USPO) on that same date, April 15, 2022, to submit to random urinalysis testing.

4   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 15, 2022, it is alleged that Tyler Bordelon consumed fentanyl.

On April 15, 2022, the offender reported to the U.S. Probation Office (USPO) for random urinalysis testing as instructed by the assigned officer. Mr. Bordelon provided a urine sample that tested presumptive positive for fentanyl, although he adamantly denied the use of any illicit substances. As such, the sample was forwarded to the laboratory for further confirmation.

On April 20, 2022, this officer received laboratory confirmation that the urine sample provided by the offender on April 15, 2022, was in fact positive for fentanyl and norfentanyl.

Prob12C
Re: Bordelon, Tyler A.
May 18, 2022
Page 3

| | | |
|---|---|---|
| 5 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about May 10, 2022, it is alleged that Tyler Bordelon consumed fentanyl.

On the evening of May 9, 2022, after almost a week of attempting to contact the offender unsuccessfully, Mr. Bordelon sent the undersigned a text message claiming that he had lost his phone and thus had not received the undersigned's calls, texts, or voice messages. This officer immediately contacted the offender and instructed him to report to the USPO by 8 a.m. the next morning, May 10, 2022.

On May 10, 2022, the offender reported to the U.S. Probation Office (USPO) as instructed by the assigned officer and was subject to random urinalysis testing. Mr. Bordelon provided a urine sample that tested presumptive positive for fentanyl, although he adamantly denied the use of any illicit substances. As such, the sample was forwarded to the laboratory for further confirmation.

On May 16, 2022, this officer received laboratory confirmation that the urine sample provided by the offender on May 10, 2022, was in fact positive for fentanyl and norfentanyl.

6    **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On May 6 and May 11, 2022, it is alleged that Tyler Bordelon failed to report for substance abuse treatment with Spokane Addiction Recovery Center (SPARC) as required.

On May 11, 2022, this officer was contacted by Mr. Bordelon's assigned treatment provider with SPARC. He advised that the offender failed to report for substance abuse group treatment on May 6, 2022, and was also a no-show for his individual session on May 11, 2022.

7    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: On May 10, 2022, it is alleged that Tyler Bordelon had contact with law enforcement, which he failed to report.

On May 10, 2022, approximately an hour after he left the USPO, the undersigned officer received notification that Tyler Bordelon contacted emergency services to request assistance for his girlfriend, who was overdosing on fentanyl. According to the information received, the woman had to have two doses of narcan administered to her by emergency response services.

Prob12C
**Re: Bordelon, Tyler A.**
**May 18, 2022**
**Page 4**

On May 13, 2022, the assigned officer confronted Mr. Bordelon about his failure to report contact with law enforcement and he subsequently admitted that he was apprehensive about informing this officer about the incident. It should be noted that during our meeting, shortly before the incident, the offender insisted that his girlfriend was not using fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 18, 2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

May 18, 2022
Date