PROB 12C
(6/16)

Report Date:  March 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler A. Bordelon               Case Number: 0980 2:19CR00215-TOR-10

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 30, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 5 days;<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 8, 2022) | Prison - 8 months;<br>TSR - 46 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 17, 2023 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: November 16, 2026 |

## PETITIONING THE COURT

To issue a summons.

On January 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 8 and 15, 2023, Tyler Bordelon allegedly violated special condition number 3 by failing to report for phase urinalysis testing.<br><br>On February 21, 2023, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for phase urinalysis testing on February 8 and 15, 2023, when his assigned color was identified for testing. |

Prob12C
**Re: Bordelon, Tyler A**
**March 16, 2023**
**Page 2**

On February 22, 2023, the undersigned attempted to contact Mr. Bordelon in order to discuss his failure to report for phase urinalysis testing, however, he did not respond until shortly before close of business on that date.  As such, the offender was instructed to report to the U.S. Probation Office (USPO) on February 23, 2023, to meet with the assigned probation officer.

2    **<u>Special Condition #3</u>**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**: On or about February 18, 2023, Tyler Bordelon allegedly violated special condition number 3 by consuming methamphetamine and fentanyl.

On February 23, 2023, the offender reported to the USPO to meet with this officer as instructed.  During that meeting, Mr. Bordelon admitted to consuming alcohol for the first time in years, reportedly because he was "overwhelmed."  According to the offender, he was drinking with friends whom he knows are drug users, and they ultimately consumed methamphetamine in the early morning hours of February 18, 2023.

Mr. Bordelon further admitted to using fentanyl later that same date, February 18, 2023, and he signed an admission of use form confirming that admission.

3    **<u>Special Condition #3</u>**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**:  On or about March 4, 2023, Tyler Bordelon allegedly violated special condition number 3 by consuming fentanyl.

On March 6, 2023, the offender reported to the USPO, and this officer noted that he did not look well.  After being informed that he would be subject to random urinalysis testing, Mr. Bordelon admitted to the use of fentanyl on or about March 4, 2023, and he signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/16/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C

**Re: Bordelon, Tyler A**
**March 16, 2023**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Thomas O. Rice
United States District Judge

_____
March 16, 2023

Date