PROB 12C
(6/16)

Report Date: May 1, 2023

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**May 01, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyler A. Bordelon | Case Number: 0980 2:19CR00215-TOR-10 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 30, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 5 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(June 8, 2022) | Prison - 8 months<br>TSR - 46 months | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | January 17, 2023 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: | November 16, 2026 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/16/2023.

On January 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bordelon, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  On or about April 22, 2023, Tyler Bordelon allegedly violated special condition number 3, by consuming fentanyl.<br><br>On April 22, 2023, the offender transitioned from inpatient drug treatment at Spokane Addiction Recovery Centers (SPARC) to the residential reentry center (RRC), as ordered by the Court.  Upon arrival to the RRC, Mr. Bordelon was subject to initial urinalysis testing and provided a urine sample that was presumptive positive for both buprenorphine and fentanyl; the specimen was sent to the laboratory for confirmation. |

Prob12C
Re: Bordelon, Tyler A.
May 1, 2023
Page 2

On April 27, 2023, the laboratory sent the RRC notification confirming that the urine sample provided by the offender on April 22, 2023, was in fact positive for norfentanyl. The sample was also confirmed to be positive for buprenorphine and norbuprenorphine, which Mr. Bordelon had a prescription for.

On April 28, 2023, this officer was notified of the lab results.

On May 1, 2023, the undersigned was able to speak with the offender. Initially, he insisted that he had no idea why he would test positive for fentanyl. When asked if he was subject to random urinalysis testing while in inpatient treatment, Mr. Bordelon confirmed that he was and all tests were all negative.

The individual under supervision then suggested that perhaps he tested positive because his girlfriend, who transported him from inpatient treatment to the RRC, was "smoking". The assigned officer advised that was unlikely because the concentration level of fentanyl in a urine sample has to meet a certain threshold to be considered positive by the laboratory. Additionally, this officer did express serious concerns about his claim that he sat in a vehicle where someone was actively smoking fentanyl, while driving him to the RRC, after having just completed inpatient drug treatment.

Ultimately, the offender admitted to the use of fentanyl approximately 2 weeks prior to his discharge from inpatient treatment. He claimed that his roommate while in inpatient treatment brought fentanyl into the facility, and he subsequently consumed fentanyl because, "(he) can't be around it." When the undersigned asked if Mr. Bordelon had made any attempt to notify his treatment provider or facility staff that someone had introduced contraband to the facility, he acknowledged that he had not.

5      **Special Condition #4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On or about April 28, 2023, Tyler Bordelon allegedly violated special condition number 4, by failing to abide by the rules and requirements of the residential reentry center (RRC).

On April 28, 2023, the undersigned officer received notification from RRC administrative staff that a search of Mr. Bordelon's cellular telephone that morning revealed a number of rule violations, to include: speaking with and sending money to another inmate (his mother) without approval, taking photos of the facility, riding in an unauthorized vehicle while on a pass from the facility, and asking someone to bring him a vape pen while on recreational walks. It should be noted that the possession of a vape pen is strictly prohibited by both the RRC and the Bureau of Prisons (BOP), the agency that is responsible for overseeing the RRC.

In addition to confiscating the offender's cellular telephone, this officer was informed that any further rule violations would result in the termination of Mr. Bordelon's public law placement.

Prob12C
Re: Bordelon, Tyler A.
May 1, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2023

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

May 1, 2023
Date